IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KALVIN M. LOYD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 12-0156-CV-W-HFS |
| | ) |
| JAMES CORWIN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

By order dated March 14, 2012, plaintiffs were directed to show cause within a time certain why the relief sought by defendants in their motions for dismissal should not be granted. Due to a change of address, the order has not been received by plaintiffs. Thus, plaintiffs will be granted additional time to respond to the motions.

Accordingly, it is hereby

ORDERED that plaintiffs file a response to defendants' motions on or before April 6, 2012. Failure to do so, absent good cause, will result in an order granting the relief sought. It is further

ORDERED that the clerk's office mail a copy of this order by regular mail, and certified mail, return receipt to plaintiffs at their current updated addresses.[1]

It is SO ORDERED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

March  26 , 2012

Kansas City, Missouri

---

[1] Per remarks entry dated March 19, 2012.